UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LEONARD JAMES WILSON**                                                                                  **PETITIONER**
Reg. #08455-029

V.                                          No. 4:21-cv-01079-JM-JTR

**JOHN P. YATES, Warden**
FCI - Forrest City, Arkansas                                                                              **RESPONDENT**

<u>**ORDER**</u>

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray and the objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. The Petition is DISMISSED WITH PREJUDICE.

2. All pending motions are DENIED as moot.

Dated this 9th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE