UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LEONARD JAMES WILSON**                                                      **PETITIONER**
Reg. #08455-029

V.                                    No. 4:21-cv-01079-JM-JTR

**JOHN P. YATES, Warden**
**FCI - Forrest City, Arkansas**                                              **RESPONDENT**

## JUDGMENT

    Consistent with the Order entered separately today, this case is dismissed with prejudice.

All relief sought is denied, and the case is closed.

    DATED this 9th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE